IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KAIRI WAYNE WEBSTER                                                                                      PLAINTIFF

v.                         Civil No. 4:16-cv-04100

SHERIFF RON STOVALL,
Miller County Detention Center;
WARDEN BRAZELL; SOUTHERN
HEALTH PARTNERS; LIEUTENANT
ADAMS; NURSE HARRIS; and
SERGEANT McCLURE                                                                                       DEFENDANTS

## ORDER

Plaintiff has filed a Motion to Proceed *in forma pauperis* ("IFP") on appeal. ECF No. 16. According to the information provided, Plaintiff appears to qualify for IFP status.

Accordingly, Plaintiff's IFP Motion (ECF No. 16) is hereby **GRANTED.** Pursuant to the provisions of the Prison Litigation Reform Act, the Clerk is **DIRECTED** to collect the $505 appellate filing fee from Plaintiff.

**IT IS SO ORDERED this 2nd day of March 2017.**

　　　　　　　　　　　　　　　　　　　　/s/ Barry A. Bryant
　　　　　　　　　　　　　　　　　　　　HON. BARRY A. BRYANT
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE